IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br><br>REBECCA TRACY,<br>　　　Defendant. | )<br>)<br>)　　NO. 04 CR 40046<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

NOW COMES the United States by and through the undersigned and hereby moves this court to dismiss the above-entitled matter with prejudice.

　　　　　　　　　　/s/Mary L. Fuhr
　　　　　　　　　　Mary L. Fuhr
　　　　　　　　　　Special Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed with prejudice.

_____                             _____
Date                                              　　　　JUDGE JOHN GORMAN